UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OLIN JOHNSTON MARTIN JR., <br> Petitioner, <br> v. <br> NEIL MCDOWELL, Warden, <br> Respondent. | Case No. SACV 17-01304-JDE <br><br> JUDGMENT |

Pursuant to the Court's Memorandum Decision and Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: February 28, 2018

_____
JOHN D. EARLY
United States Magistrate Judge